[*Attorney Information Below*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>DR. URI COHEN,<br><br>  Defendant. | Lead Case No. 3:17-cv-04990-EMC<br>Consolidated with<br>Case No. 3:17-cv-06451-EMC<br>Case No. 3:17-cv-05001-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULE AND DISCOVERY PLAN**<br><br>Judge:   Hon. Edward M. Chen |
| TSMC NORTH AMERICA; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>  Plaintiffs,<br><br>vs.<br><br>URI COHEN,<br><br>  Defendant. | |
| DR. URI COHEN,<br><br>  Plaintiff,<br><br>vs.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., HUAWEI DEVICE USA INC., HUAWEI DEVICE (DONGGUAN) CO. LTD.,<br><br>  Defendant. | |

1   Pursuant to Civil L.R. 6-1(b) and 6-2, Applied Materials, Inc.; Dr. Uri Cohen; Taiwan
2   Semiconductor Manufacturing Company Limited; TSMC North America; Huawei Device USA Inc.;
3   Huawei Device (Dongguan) Co., Ltd.; Huawei Device Co., Ltd; and HiSilicon Technologies Co.,
4   Ltd., through their respective attorneys, hereby stipulate as follows:

5   WHEREAS, at the February 8, 2018 case management conference, the Court ordered the
6   parties to meet and confer and to submit a stipulated claim construction schedule and discovery plan
7   within two weeks, or February 22, 2018 (*see* Dkt. No. 70);

8   WHEREAS, the Court, at the parties' request, extended the deadline for submitting a
9   proposed schedule and discovery to February 26, 2018 (*see* Dkt. No. 75);

10  WHEREAS, the parties have continued to negotiate in good faith regarding a proposed
11  schedule and discovery plan, including one that, at Defendants' request, accounts for the recently
12  filed inventorship dispute, *Tzanavaras v. Cohen*, Case No. 18-cv-01052-SK (N.D. Cal.);

13  WHEREAS, the parties believe that one additional week is necessary to complete the meet-
14  and-confer process;

15  WHEREAS, in the event the parties cannot reach agreement on a fully stipulated case
16  schedule by March 5, 2018, they will file whatever portions of the case schedule are agreed to,
17  highlight for the Court the unresolved issues, and will ask the Court for a further Case Management
18  Conference to resolve any remaining issues as soon as practicable;

19  WHEREAS, in the interim, the parties agree to tentatively abide by an infringement
20  schedule, as set forth in their correspondence, whereby Dr. Cohen will file his amended complaints
21  and serve infringement contentions on March 1, 2018, and Defendants will serve invalidity
22  contentions by May 1, 2018 (though, as indicated above, in the absence of further agreement
23  between the parties Defendants intend to request on March 5th a modified schedule that accelerates
24  consideration of Mr. Tzanavaras's inventorship claim).

25  NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT, the deadline
26  for the parties to provide a submission with a proposed scheduled and discovery plan shall, subject
27  to the Court's approval, be extended to March 5, 2018.
28  //

1

STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME
CASE NO. 3:17-CV-04990-EMC

**IT IS SO STIPULATED.**

Dated:  February 26, 2018                Respectfully submitted,

                                         By:  /s/ *Andrew S. Ong*
                                              Brett M. Schuman
                                              *bschuman@goodwinlaw.com*
                                              GOODWIN PROCTER LLP
                                              Three Embarcadero Center
                                              San Francisco, CA 94111
                                              Te1.:  (415) 733-6000
                                              Fax.:  (415) 677-9041

                                              Andrew S. Ong
                                              *aong@goodwinlaw.com*
                                              GOODWIN PROCTER LLP
                                              135 Commonwealth Drive
                                              Menlo Park, California 94025
                                              Te1.:  (650) 853-3100
                                              Fax.:  (650) 853-1038

Attorneys for Applied Materials, Inc.

Dated:  February 26, 2018                KEKER, VAN NEST & PETERS LLP

                                        By:    /s/ *Brian L. Ferrall*
                                              BRIAN L. FERRALL - # 160847
                                              bferrall@keker.com
                                              EDWARD A. BAYLEY - # 267532
                                              ebayley@keker.com
                                              BRYN WILLIAMS - # 3016999
                                              633 Battery Street
                                              San Francisco, CA 94111-1809
                                              Telephone:     415 391 5400
                                              Facsimile:      415 397 7188
                                              Attorneys for
                                              TSMC NORTH AMERICA; TAIWAN
                                              SEMICONDUCTOR MANUFACTURING
                                              COMPANY LIMITED.

| | | |
|---|---|---|
| 1 | Dated: February 26, 2018 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ *Rudy Y. Kim*<br>Rudy Y. Kim (CA SBN 199426) |
| | | rudykim@mofo.com |
| 4 | | Marc David Peters (CA SBN 211725) |
| | | mdpeters@mofo.com |
| 5 | | MORRISON & FOERSTER LLP |
| 6 | | 755 Page Mill Road |
| | | Palo Alto, California  94304 |
| 7 | | Telephone:  (650) 813-5600 |
| | | Facsimile:  (650) 494-0792 |

Attorneys for
HUAWEI DEVICE USA INC.,
HUAWEI DEVICE (DONGGUAN) CO., LTD.,
HUAWEI DEVICE CO., LTD., AND
HISILICON TECHNOLOGIES CO., LTD.

Dated:  February 26, 2018     STEYER LOWENTHAL BOODROOKAS
                                ALVAREZ & SMITH LLP

By: /s/ *Jill M. Manning*
       Jill M. Manning

Jill M. Manning (SBN 178849)
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
jmanning@steyerlaw.com
Attorneys for Dr. Uri Cohen

**IT IS SO ORDERED.**

Dated: February __27__, 2018     _____
                                  HON. _____
                                  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

3

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

                                                       /s/ *Andrew S. Ong*
                                                          Andrew S. Ong

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on February 26, 2018. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2018 in Menlo Park, California.

/s/ *Andrew S. Ong*
Andrew S. Ong