1  [*Attorney Information Below*]

2

3

4                    UNITED STATES DISTRICT COURT

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                          SAN FRANCISCO DIVISION

7

| | |
|---|---|
| 8  APPLIED MATERIALS, INC., | Lead Case No. 3:17-cv-04990-EMC |
| 9              Plaintiff, | Consolidated with |
| 10       vs. | Case No. 3:17-cv-06451-EMC |
| 11  DR. URI COHEN, | Case No. 3:17-cv-05001-EMC |
| 12              Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | Judge:    Hon. Edward M. Chen |

13

14  TSMC NORTH AMERICA; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,

15

16              Plaintiffs,

17       vs.

18  URI COHEN,

19              Defendant.

20  DR. URI COHEN,

21              Plaintiff,

22       vs.

23  TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD.,
24  HUAWEI DEVICE USA INC., HUAWEI DEVICE (DONGGUAN) CO. LTD., HUAWEI
25  DEVICE CO., LTD. AND HISILICON TECHNOLOGIES CO., LTD.

26              Defendant.

27

28

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Dr. Uri Cohen; Applied Materials, Inc.; TSMC North America; Taiwan Semiconductor Manufacturing Co. Ltd.; Huawei Device USA Inc., Huawei Device (Dongguan) Co., Ltd.; Huawei Device Co., Ltd., and HiSilicon Technologies Co., Ltd., by and through the undersigned counsel of record, hereby stipulate to dismiss with prejudice all claims and counterclaims asserted by and between them in the above-referenced matters.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  July 20, 2018                                   Respectfully submitted,


                                                        By: /s/ *Brett M. Schuman*
                                                            Brett M. Schuman
                                                            *bschuman@goodwinlaw.com*
                                                            GOODWIN PROCTER LLP
                                                            Three Embarcadero Center
                                                            San Francisco, CA 94111
                                                            Tel.:  (415) 733-6000
                                                            Fax.:  (415) 677-9041

                                                            Andrew S. Ong
                                                            *aong@goodwinlaw.com*
                                                            GOODWIN PROCTER LLP
                                                            135 Commonwealth Drive
                                                            Menlo Park, California 94025
                                                            Tel.:  (650) 853-3100
                                                            Fax.:  (650) 853-1038

                                                        Attorneys for Applied Materials, Inc.

| | | |
|---|---|---|
| 1 | Dated: July 20, 2018 | KEKER, VAN NEST & PETERS LLP |
| 2 | | |
| 3 | | By: /s/ *Brian L. Ferrall* |
| | | BRIAN L. FERRALL - # 160847 |
| 4 | | bferrall@keker.com |
| | | EDWARD A. BAYLEY - # 267532 |
| 5 | | ebayley@keker.com |
| | | BRYN WILLIAMS - # 3016999 |
| 6 | | 633 Battery Street |
| | | San Francisco, CA 94111-1809 |
| 7 | | Telephone:  415 391 5400 |
| | | Facsimile:   415 397 7188 |
| 8 | | Attorneys for |
| | | TSMC NORTH AMERICA; TAIWAN |
| 9 | | SEMICONDUCTOR MANUFACTURING |
| | | COMPANY LIMITED. |

Dated: July 20, 2018                                        MORRISON & FOERSTER LLP

By: /s/ *Rudy Y. Kim*
Rudy Y. Kim (CA SBN 199426)
rudykim@mofo.com
Marc David Peters (CA SBN 211725)
mdpeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

Attorneys for
HUAWEI DEVICE USA INC.,
HUAWEI DEVICE (DONGGUAN) CO., LTD.,
HUAWEI DEVICE CO., LTD., AND
HISILICON TECHNOLOGIES CO., LTD.

Dated: July 20, 2018                                        STEYER LOWENTHAL BOODROOKAS
                                                             ALVAREZ & SMITH LLP

By: /s/ *Jill M. Manning* _____
         Jill M. Manning

Jill M. Manning (SBN 178849)
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
jmanning@steyerlaw.com
Attorneys for Dr. Uri Cohen

2

1   **IT IS SO ORDERED.**

3   Dated: July 27, 2018

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

/s/ *Brett M. Schuman*
Brett M. Schuman

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 20, 2018. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2018 in San Francisco, California.

                                                          /s/ *Brett M. Schuman*
                                                          Brett M. Schuman